IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01671-ZLW-BNB

RASHELLE WILMS,

Plaintiff,

v.

TOM LAUGHLIN,
"BILLY JACK'S MORAL REVOLUTION" PARTNERSHIP,
DOLORES TAYLOR,
FRANK LAUGHLIN,
TERESA LAUGHLIN, and
CHRISTINA LAUGHLIN,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that defendants' **Motion To Do Scheduling Conference Via Telephone or Postpone for 30 Days Due to Serious Illnesses That Prohibit Flying** [Doc. # 21, filed 10/26/2010] is GRANTED, and defendants Tom Laughlin and Dolores Taylor may appear at the Scheduling Conference by telephone.

DATED: October 27, 2010