IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01671-ZLW-BNB

RASHELLE WILMS,

    Plaintiff,

v.

TOM LAUGHLIN,
"BILLY JACK'S MORAL REVOLUTION " PARTNERSHIP,
DOLORES TAYLOR,
FRANK LAUGHLIN,
TERESA LAUGHLIN, and
CHRISTINA LAUGHLIN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: February 9, 2011

    To the extent that Doc. No. 48, entitled "Answer To Interrogatories For Teresa Laughlin" was intended to constitute, in part, a motion to dismiss, it is ORDERED that any such motion to dismiss is stricken.  Under D.C.COLO.LCivR 7.1C., a "motion shall be made in a separate paper."  A party may not include a motion to dismiss within another document.

    The Court further notes that Doc. No. 48 does not set forth the legal basis for any purported motion to dismiss.  The Court strenuously recommends that Defendant Teresa Laughlin obtain representation by an attorney in this matter.