**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01671-CMA-BNB

RASHELLE WILMS,

    Plaintiff,

v.

TOM LAUGHLIN,
"BILLY JACK'S MORAL REVOLUTION" PARTNERSHIP,
DOLORES TAYLOR,
FRANK LAUGHLIN,
TERESA LAUGHLIN, and
CHRISTINE LAUGHLIN,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANTS FRANK LAUGHLIN
AND CHRISTINE LAUGHLIN**

---

Plaintiff's Motion To Dismiss regarding Defendants Frank Laughlin and Christine Laughlin (Doc. # 869) is GRANTED. The Court has reviewed the Motion and ORDERS as follows:

All claims against Defendants Frank Laughlin and Christine Laughlin are hereby DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Frank Laughlin and Christine Laughlin as Defendants in this case.

DATED: July __29__, 2011

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge