IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01671-CMA-BNB

RASHELLE WILMS,

    Plaintiff,

v.

TOM LAUGHLIN,
"BILLY JACK'S MORAL REVOLUTION" PARTNERSHIP,
DOLORES TAYLOR, and
TERESA LAUGHLIN,

    Defendants.

## ORDER DISMISSING DEFENDANT TERESA LAUGHLIN

On October 6, 2011, the Court ordered Plaintiff to show cause in writing by October 14, 2011 as to why the claims against Defendant Teresa Laughlin should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).  (Doc. # 102.) To date, Plaintiff has not responded to the Court's order to show cause.

Federal Rule of Civil Procedure 41(b) provides in relevant part: "If the plaintiff fails . . . to comply with [court] rules or a court order, a defendant may move to dismiss the action or any claim against it."  However, "[r]ule [41(b)] has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute." *Rogers v. Andrus Transp. Servs.*, 502 F.3d 1147, 1151 (10th Cir. 2007) (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

Before choosing dismissal as an appropriate sanction, this Court considers (1) the degree of actual prejudice to the defendant; (2) the amount of interference with the judicial process; (3) the culpability of the litigant; (4) whether the party was warned in advance that dismissal of the action would be a likely sanction for noncompliance; and (5) the efficacy of lesser sanctions. *See Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992). Plaintiff has already ignored an Order to Show Cause as to why these claims should not be dismissed, and there is no indication that Plaintiff has any interest in maintaining her suit against Defendant Teresa Laughlin. Given Plaintiff's apparent disinterest, there is no reason that Defendant Teresa Laughlin should remain party to his lawsuit. Thus, dismissal is an appropriate sanction in this case.

Accordingly, it is ORDERED that Defendant Teresa Laughlin be DISMISSED as a party to this action.

It is FURTHER ORDERED that Defendants Tom Laughlin and Dolores Taylor's Motion to Dismiss (Doc. # 93) be DENIED AS MOOT.

As Defendant Teresa Laughlin is the last remaining defendant in this case, this case is now DISMISSED in its entirety.

DATED: October __26__, 2011

BY THE COURT:

_/s/ Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge